Matthew L. Sharp
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
(775) 324-1500

Attorney for Defendant Carrie Romo

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN ELLIKER, individually; and CARRIE ROMO, fka Carrie Elliker;<br><br>Defendants. | Case No. 3:17-cv-00629-HDM-VPC<br><br>ORDER<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties to the above-entitled action, by and through their undersigned counsel, here by stipulation to continue the Case Management Conference, presently scheduled for April 13, 2018 [Docket #10] to April 23, 2018[1] at 10:00 a.m..

DATED this 30th day of March, 2018.

LEE, HERNANDEZ, LANDRUM
& GAROFALO

By  /s/ Elizabeth C. Spaur
David S. Lee, Esq. Nevada Bar #6033
Elizabeth C. Spaur, Nevada Bar #10446
7575 Vegas Dr., Suite 150
Las Vegas, NV 89101
(702) 880-9750

Attorneys for Plaintiff AFLAC

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: April 4, 2018

MATTHEW L. SHARP, LTD.

By    /s/ Matthew L. Sharp
Matthew L. Sharp, Esq., Nevada Bar #4746
432 Ridge St., Reno, NV 89501
(775) 324-1500

Attorney for Defendant Carrie Romo

ECHEVERRIA LAW OFFICE

By    /s/ John Echeverria
John Echeverria, Esq., Nevada Bar #200
9432 Double R Blvd., Reno, NV 89521
(775) 786-4800

Attorney for Defendant Megan Elliker

---

[1] Date provided by Lisa Mann, Deputy Clerk.