DAVID S. LEE, ESQ.
Nevada Bar No.: 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 10446
LEE, HERNANDEZ, LANDRUM
& CARLSON, APC
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax; (702) 314-1210
dlee@lee-lawfirm.com
bspaur@lee-lawfirm.com
Attorneys for Plaintiff, AFLAC

```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         APR 1 6 2018

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, a Nebraska corporation<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN ROMO ELLIKER, individually; and CARRIER ELLIKER, individually<br><br>Defendants. | CASE NO.: 3:17-CV-0629-HDM-VPC<br><br>**MOTION TO APPEAR TELEPHONICALLY FOR THE CASE MANAGEMENT CONFERENCE** |

COMES NOW, American Family Life Assurance Company of Columbus (hereinafter, "AFLAC"), by and through its attorneys of record, LEE, HERNANDEZ, LANDRUM & CARLSON, APC, and hereby requests permission to appear telephonically at the CASE MANAGEMENT CONFERENCE set for April 23, 2018, at 11:00 a.m.

Counsel submits that a telephonic appearance is appropriate for the hearing at issue, as Counsel's office is located in Las Vegas, Nevada, and the undersigned does not anticipate objections to the Motion, and so the hearing should be brief.

. . .

. . .

1

Moreover, as this is an Interpleader action, Plaintiff is not anticipating active participation in this matter, but is simply awaiting the Court's order relating to the distribution of the insurance proceeds.

Based upon the above, AFLAC respectfully requests this Court to allow AFLACs' counsel to appear telephonically at the hearing.

DATED this 13th day of April, 2018.

LEE, HERNANDEZ, LANDRUM
& CARLSON, APC

By: _____
DAVID S. LEE, ESQ.
Nevada Bar No. 6033
ELIZABETH C SPAUR, ESQ.
Nevada Bar No. 10446
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
Attorneys for Plaintiff, AFLAC

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED April 16, 2018

2