# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, a Nebraska corporation<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN ROMO ELLIKER, individually; and CARRIE ELLIKER, individually<br><br>Defendants. | CASE NO.:  3:17-CV-0629-HDM-CBC<br><br>**ORDER GRANTING THE DISMISSAL OF PLAINTIFFS' COMPLAINT, WITH PREJUDICE, WITH EACH PARTY BEARING ITS OWN ATTORNEY'S FEES AND COSTS** |

## **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties: (1) Plaintiff AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS; (2) Defendant MEGAN ELLIKER; and (3) Defendant CARRIE ROMO (formerly Elliker), by and through their

respective undersigned counsel, that Plaintiff's Complaint for Interpleader in this matter is hereby dismissed, with prejudice, with each party is to bear its own attorneys' fees and costs.

DATED this 10th day of October, 2018.                DATED this 10th day of October, 2018

    LEE, HERNANDEZ, LANDRUM                    LAW OFFICES OF MATTHEW L.
    & CARLSON                                   SHARP

By:  */s/ Elizabeth Spaur*                          By:  */s/ Matthew Sharp*
    DAVID S. LEE, ESQ.                          MATTHEW SHARP, ESQ.
    Nevada Bar No. 6033                         Nevada Bar No. 4746
    ELIZABETH C. SPAUR, ESQ.                    432 Ridge Street
    Nevada Bar No. 10446                        Reno, Nevada 89501
    7575 Vegas Dr., Suite 150                   Attorney for Defendant CARRIE
    Las Vegas, NV 89128                         ROMO
    Attorneys for Plaintiff AMERICAN
    FAMILY LIFE ASSURANCE COMPANY
    OF COLUMBUS

DATED this 10th day of October, 2018

    ECHEVERRIA LAW OFFICE

By:  */s/ John Echeverria*
    JOHN ECHEVERRIA, ESQ.
    Nevada Bar No. 200
    9432 Double R Boulevard
    Reno, Nevada 89521
    Attorneys for Defendant MEGAN ELLIKER

## **ORDER**

IT IS SO ORDERED:

*Howard D. McKibben*
_____
SENIOR U.S. DISTRICT COURT JUDGE

DATED:  October 12, 2018